U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Mar 27 - 2024**

John M. Domurad, Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

BRIAN TANGORRE,

           Plaintiff

    v.

VICTIM,

           Defendant.

Civil Action No.
1:24-cv-00388 (MAD/CFH)

**SEALING ORDER**

Upon consideration of the application to seal filed by the United States, by and through Carla B. Freedman, United States Attorney for the Northern District of New York, David M. Katz, Assistant United States Attorney, of counsel, and for good cause shown, it is hereby

    **ORDERED**, that the Complaint (Exhibit B to the Removal Notice) and the Complaint Exhibits 1, 2, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15, shall be filed under seal.

Dated: __March_____ 27, 2024

_Christian F. Hummel_____

HON. CHRISTIAN F. HUMMEL
UNITED STATES MAGISTRATE JUDGE