

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*  Tel.: (315) 448-0672
*James M. Hanley Federal Building*         Fax: (315) 448-0646
*Syracuse, New York 13261-7198*

June 14, 2024

**VIA CM/ECF**
Hon. Mae A. D'Agostino
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

      Re:    ***Tangorre v. Victim***
                Civil Action No. 1:24-cv-00388 (MAD/CFH)

Dear Judge D'Agostino:

      This office represents the United States in this matter. Plaintiff asks the Court to order the United States "to provide an unredacted copy of Exhibit 1 to [the United States'] reply" papers. *See* Dkt. # 27. Plaintiff's request is moot as the United States provided an unredacted copy of the exhibit to Plaintiff's counsel by email at 2:59 p.m. A copy of the e-mail without the attachment is enclosed. To the extent that Plaintiff is suggesting that the exhibit should be publicly filed on PACER without redaction, the applicability of Local Rule 5.2(a)(6) to these proceedings has already been decided by the Court. *See* Dkt. # 20.

                                        Respectfully submitted,

                                        CARLA B. FREEDMAN
                                        United States Attorney

                By:     <u>s/ David M. Katz</u>
                           David M. Katz
                           Assistant United States Attorney
                           Bar Roll No. 700065

                           and

                         John D. Hoggan, Jr.
                         Assistant United States Attorney
                         Bar Roll No. 511254

cc:     Attorney for Plaintiff